Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: cag@slwlaw.com
Email: psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; LUCY DIAZ, an individual; ROBERTO DIAZ, an individual; and HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No: 2:17-cv-02646-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING LUCY DIAZ** |

Pursuant to Fed. R. Civ. P. 41(a), JPMorgan Chase Bank, N.A. ("**Chase**"), by and through its counsel of record, and Lucy Diaz ("**Diaz**"), in proper person, hereby stipulate and agree as follows:

1. On October 12, 2017, Chase filed its Complaint in this action naming Diaz as a defendant.

2. Chase hereby agrees to voluntarily dismiss Diaz.

3. Although Diaz is no longer a party to this action, the Chase and Diaz agree that Diaz shall be bound by, and cooperate in the enforcement of, any final judgment entered in this

1

case, including, without limitation, any judgment entered quieting title or granting declaratory relief as between Chase and the remaining defendants, regarding their respective interests in that certain real property commonly known as 741 Heritage Vista Avenue, Henderson, Nevada 89105; APN 179-20-811-002 (the "Property").

4. Diaz disclaims any interest in and to the Property.

5. Diaz further agrees to respond to any third party discovery (if any) that Chase may propound on Diaz, in accordance with any orders entered in this case and the Federal Rules of Civil Procedure.

6. Diaz and Chase shall each bear their own attorneys' fees and costs, if any, incurred in this matter.

| SMITH LARSEN & WIXOM | LUCY DIAZ |
|---|---|
| Dated this 16th day of November, 2017. <br><br>*/s/ Chet A. Glover*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>JPMorgan Chase Bank, N.A. | Dated this 16 day of November, 2017.<br><br>*/s/ Lucy Diaz*<br>11902 Central Ave., Apt. 118B<br>Chino, California 91710<br>Defendant in proper person |

**IT IS SO ORDERED.**

Dated: November 16, 2017.

_____
UNITED STATES DISTRICT JUDGE