Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>    Plaintiff, <br><br>v. <br><br>SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br>    Defendants. | Case No: 2:17-cv-02646-APG-CWH <br><br> **STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT** |

    Plaintiff JPMorgan Chase Bank, N.A. ("**Plaintiff**" or "**Chase**"), Defendant Saticoy Bay LLC Series 741 Heritage Vista, and Defendant Heritage Villas #1 Homeowners Association, by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

1. Chase shall be allowed to file its First Amended Complaint, attached hereto as Ex. 1, pursuant to LR 15-1, which First Amended Complaint shall be filed within 10 days of the Court executing this Order.

| Dated this 2nd day of November, 2018. | Dated this 2nd day of November, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD |
| /s/ *Chet A. Glover* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Plaintiff <br> JPMorgan Chase Bank, N.A. | /s/ *Michael F. Bohn* <br> Michael F. Bohn, Esq. <br> Nevada Bar No. 1641 <br> 2260 Corporate Circle, Ste. 480 <br> Henderson, Nevada 89074 <br> Attorneys for Defendant <br> Saticoy Bay LLC Series 741 Heritage Vista |

Dated this 2nd day of November, 2018.

THE WRIGHT LAW GROUP, P.C.

/s/ *John Henry Wright*
John Henry Wright, Esq.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Attorneys for Defendant
Heritage Villas #1 Homeowners Association

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: November 5, 2018

2