1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  Chet A. Glover, Esq.
   Nevada Bar No. 10054
3  SMITH LARSEN & WIXOM
   1935 Village Center Circle
4  Las Vegas, Nevada 89134
   Telephone: (702) 252-5002
5  Facsimile: (702) 252-5006
   Email: kfl@slwlaw.com
6          cag@slwlaw.com
7  Attorneys for Plaintiff
   JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; LUCY DIAZ, an individual; ROBERTO DIAZ, an individual; and HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No: 2:17-cv-02646-APG-CWH <br><br> **DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **AND** <br><br> **JOINT REQUEST TO STAY LITIGATION AND DISCOVERY** <br><br> **SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to LR IA 1-3(f), and the Order Granting Motion to Lift Stay (ECF No. 21), the parties and their attorneys met and conferred on November 2, 2018. This discovery plan and scheduling order and request to stay litigation and discovery is submitted based on the parties' discussions at the conference.

Primarily, it is Plaintiff JPMorgan Chase Bank, N.A.'s ("**Chase**") contention, as evidenced by the proposed First Amended Complaint ("**FAC**") (ECF No. 22), that the subject homeowners' association lien was paid in full, with no conditions, and that the subject homeowners association, Heritage Villas #1 Homeowners Association (the "**Association**"),

1

and/or its agent, Nevada Association Services, Inc. ("**NAS**"), accepted the full lien payoff.[1]
Chase contends that in light of the Association's and/or NAS' acceptance of the full lien payoff,
Chase is entitled to judgment and a declaration that the subject deed of trust was not
extinguished by the Association's foreclosure sale. The Association and Saticoy Bay LLC
Series 741 Heritage Vista ("**Saticoy**") do not admit Chase's contentions, but they agree, that
based on the evidence provided in the FAC, it is in the parties' and Court's best interest to
attempt to settle this case without engaging in protracted and expensive litigation. Based on
the foregoing, and Fed. R. Civ. P. 26(f)(2), the parties stipulate and agree as follows:

1. The Court shall order a mandatory settlement conference with all parties.

2. Litigation and discovery shall be stayed pending further order of the Court.

3. Despite the stay of litigation and discovery, Chase shall be allowed to file the
FAC (upon the Court's approval of the parties' stipulation, which was filed as ECF No. 22) and
serve the FAC and the necessary summons on NAS.

…

…

…

…

…

…

…

…

…

---

[1] The proposed FAC adds NAS as a party.

4. The parties further agree that the deadline for Saticoy and the Association to file a responsive pleading to the FAC shall be stayed until the stay of litigation and discovery is vacated by this Court.

| | |
|---|---|
| Dated this 5th day of November, 2018.<br><br>SMITH LARSEN & WIXOM<br><br>/s/ *Chet A. Glover*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>JPMorgan Chase Bank, N.A. | Dated this 5th day of November, 2018.<br><br>LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD<br><br>/s/ *Michael F. Bohn*<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Ste. 480<br>Henderson, Nevada 89074<br>Attorneys for Defendant<br>Saticoy Bay LLC Series 741 Heritage Vista |
| Dated this 5th day of November, 2018.<br><br>THE WRIGHT LAW GROUP, P.C.<br><br>/s/ *John Henry Wright*<br>John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant<br>Heritage Villas #1 Homeowners Association | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: November 5, 2018

The parties are advised that the court will issue a separate order containing the details of the requested settlement conference.

3