JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
　　　　chris@wrightlawgroupnv.com
*Attorneys for Defendant*
*HERITAGE VILLAS #1*
*HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company,; LUCY DIAZ, an individual; ROBERTO DIAZ, an individual; and HERITAGE VILLAS#1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, <br><br>Defendants. | Case No. 2:17-cv-02646-APG-CWH |

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**

COMES NOW, Defendant, HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION by its counsel, JOHN HENRY WRIGHT, ESQ., of THE WRIGHT LAW GROUP, P.C., and SATICOY BAY LLC SERIES 741 HERITAGE VISTA by and through its counsel of record MICHAEL F. BOHN, ESQ., of LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., and JPMORGAN CHASE BANK, N.A., by and through its counsel of record KATIE M. WEBER, ESQ. and KENT F. LARSEN, ESQ., of SMITH LARSEN & WIXOM hereby submit the following Stipulation and Order to Continue Settlement Conference in this matter.

IT IS HEREBY STIPULATED AND AGREED that the settlement conference statements will be due to chambers no later than 4:00 p.m. on April 16, 2019; and that all remaining provisions

of the Order Setting Settlement Conference dated November 5, 2018 are to remain in place.

THE PARTIES FURTHER STIPULATE AND AGREE to continue the Settlement Conference presently set for January 30, 2019 at 9:00 a.m, to April 23, 2019 at 9:00 a.m. in an effort to gather additional participants based upon new claims in an effort to promote global resolution of the case.

DATED this 25th day of January, 2019.

**THE WRIGHT LAW GROUP, P.C.**

 /s/ John H. Wright, Esq.
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
*Attorney for Defendant*
*HERITAGE VILLAS #1*
*HOMEOWNERS ASSOCIATION*

DATED this 25th day of January, 2019.

**SMITH LARSEN & WIXOM**

 /s/ Katie M. Weber, Esq.
KENT F. LARSEN, ESQ.
Nevada Bar No. 3463
KATIE M. WEBER, ESQ.
Nevada Bar No. 011736
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for JPMORGAN CHASE BANK,*
*N.A.*

DATED this 25th day of January, 2019.

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD**.

 /s/ Michael F. Bohn, Esq.
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Cir., Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant*
*SATICOY BAY LLC SERIES 741*
*HERITAGE VISTA*

## **ORDER**

IT IS SO ORDERED, that the above Stipulation is approved and shall become the Order of this Court.

IT IS FURTHER ORDERED, that the settlement conference statements will be due to chambers no later than 4:00 p.m. on April 16, 2019; and that all remaining provisions of the Order Setting Settlement Conference dated November 5, 2018 are to remain in place.

1   IT IS FURTHER ORDERED, that the settlement conference for this matter will be
2   continued from January 30, 2019 at 9:00 a.m, to April 23, 2019, at 9:00 a.m.

IT IS SO ORDERED.

DATED: Jan 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE



THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

Case No. 2:17-cv-02646-APG-CWH

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of THE WRIGHT LAW GROUP, P.C. and that on the 25th day of January, 2019, I caused the foregoing STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE using the CM/ECF system, which will cause the document to be served upon the following counsel of record:

| Attorney Name | Email address |
|---|---|

**SMITH LARSEN & WIXOM**

Kent F. Larsen, Esq.  kfl@slwlaw.com
Katie M. Weber, Esq.  kw@slwlaw.com
*Attorneys for JPMORGAN CHASE BANK, N.A.*

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD**.

Michael F. Bohn, Esq.  mbohn@bohnlawfirm.com
*Attorneys for Defendant
SATICOY BAY LLC SERIES 741 HERITAGE VISTA*

I further certify that I served a copy of this document by mailing a true and correct copy, thereof, postage prepaid, addressed to:

None.

/s/ Candi Ashdown
An employee of **THE WRIGHT LAW GROUP, P.C.**

Case No. 2:17-cv-02646-APG-CWH

Page 4 of 4