Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
　　　　cag@slwlaw.com
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br> Defendants. | Case No: 2:17-cv-02646-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** <br><br> (First Request) |
| ALL RELATED MATTERS | |

JPMorgan Chase Bank, N.A. ("**Chase**") and Heritage Villas #1 Homeowners Association (the "**Association**"), by and through their counsel of record, stipulate and agree as follows:

...

...

...

...

1

1. Chase shall have up to, and including, May 24, 2019 to file its response to the Association's Motion for Summary Judgment (ECF No. 42).

| Dated this 9th day of May, 2019. | Dated this 9th day of May, 2019 |
|---|---|
| SMITH LARSEN & WIXOM | THE WRIGHT LAW GROUP, P.C. |
| /s/ *Chet A. Glover* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for JPMorgan Chase Bank, N.A. | /s/ *John Henry Wright* <br> John Henry Wright, Esq. <br> Nevada Bar No. 6182 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, Nevada 89102 <br> Attorneys for Heritage Villas #1 Homeowners Association |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATE: 5/10/2019

2