MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 741 Heritage Vista

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 741 HERITAGE VISTA; LUCY DIAZ; ROBERTO DIAZ; and HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION,<br><br>Defendants. | CASE NO.:  2:17-cv-02646-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT SATICOY BAY LLC SERIES 741 HERITAGE VISTA TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |
| SATICOY BAY LLC SERIES 741 HERITAGE VISTA,<br><br>Counterclaimant,<br><br>vs.<br><br>HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Counterdefendants. | |

Defendant/counterclaimant Saticoy Bay LLC Series 741 Heritage Vista (hereinafter "**Saticoy Bay**"), and counterdefendant Heritage Villas #1 Homeowners Association ("**Heritage Villas**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Saticoy Bay shall have up to and including May 24, 2019, to file its response to Heritage Villas's

1

motion for summary judgment filed on April 24, 2019 (ECF 42).

2. This request is made to avoid confusion and to streamline the briefing process so all opposition briefs will be due on the same date.

3. This request is made in good faith and not for purposes of delay.

Dated this 15th day of May, 2019

THE WRIGHT LAW GROUP, P.C.

By: /s/ John Henry Wright, Esq.
    John Henry Wright, Esq.
    Philip S. Gerson, Esq.
    2340 Paseo Del Prado, Ste. D-305
    Las Vegas, NV 89102
    Attorney for Heritage Vistas #1
    Homeowners Association

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Adam R. Trippiedi, Esq.
    Michael F. Bohn, Esq.
    Adam R. Trippiedi, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 889074
    Attorney for defendant Saticoy Bay LLC
    Series 741 Heritage Vista

IT IS SO ORDERED this 15th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE