Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; LUCY DIAZ, an individual; ROBERTO DIAZ, an individual; and HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. <br><br> ALL RELATED CLAIMS | Case No: 2:17-cv-02646-APG-NJK <br> **ORDER** <br> **JOINT MOTION TO:** <br> **1. DISMISS JPMORGAN CHASE BANK, N.A.'S CLAIMS AGAINST HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE; AND** <br> **2. WITHDRAW HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AGAINST JPMORGAN CHASE BANK, N.A. WITHOUT PREJUDICE** |

. . .

. . .

. . .

. . .

. . .

1

Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("**Chase**") and Defendant/Cross-Defendant Heritage Villas #1 Homeowners Association (the "**Association**"), by and through their respective counsel of record, stipulate and agree as follows:

1. Chase's claims against the Association <u>only</u> in the above-captioned matter are dismissed without prejudice, each party to bear its own fees and costs.[1]

2. The Association's Motion for Summary Judgment (ECF No. 42) is withdrawn, against Chase <u>only</u>, without prejudice.[2]

Dated this 23rd day of May, 2019.

SMITH LARSEN & WIXOM

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for JPMorgan Chase Bank, N.A.

Dated this 23rd day of May, 2019.

THE WRIGHT LAW GROUP, P.C.

/s/ *John Henry Wright*
John Henry Wright, Esq.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D305
Las Vegas, Nevada 89102
Attorneys for Heritage Villas #1 Homeowners Association

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 24, 2019.

---

[1] It is expressly understood and agreed that Chase's claims against Saticoy Bay LLC Series 741 Heritage Vista remain active and survive this agreement.

[2] It is expressly understood and agreed that the Association's Motion for Summary Judgment is <u>not</u> withdrawn as to Saticoy Bay LLC Series 741 Heritage Vista.