Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br> Defendants. | Case No: 2:17-cv-02646-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> (First Request) |
| ALL RELATED CLAIMS | |

JPMorgan Chase Bank, N.A. ("**Chase**") and Saticoy Bay LLC Series 741 Heritage Vista, by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1. Chase shall have up to, and including, June 28, 2019 to file a reply in support of its Motion for Summary Judgment (ECF No. 51).[1]

Dated this 4th day of June 2019.

SMITH LARSEN & WIXOM

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

Dated this 4th day of June 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

/s/ *Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
Attorneys for Defendant/Counter-Claimant
Saticoy Bay LLC Series 741 Heritage Vista

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: June 4, 2019.

---

[1] The current deadline is June 14, 2019.

2