Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      kw@slwlaw.com
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>        Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 741 HERITAGE VISTA, a Nevada limited liability company; HERITAGE VILLAS #1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>        Defendants. | Case No: 2:17-cv-02646-APG-NJK<br><br>**PLAINTIFF/COUNTER-DEFENDANT JPMORGAN CHASE BANK, N.A.'s MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |
| ALL RELATED MATTERS | |

    Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A., by and through its undersigned counsel of record, hereby respectfully requests that the Court, all parties of record and their respective counsel, please take notice that Christopher L. Benner, Esq., of the firm Smith Larsen & Wixom is no longer associated with the above-captioned matter and should be

removed from all further notices. The Smith Larsen & Wixom attorney to be noticed for all further filings and hearings is:

    Katie M. Weber, Esq., Nevada Bar No. 11736

    Email: kw@slwlaw.com

Dated this 4th day of May, 2020.

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.

IT IS SO ORDERED.
Dated: May 5, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

2