AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

           Plaintiff,

v.

SATICOY BAY LLC SERIES 741 HERITAGE VISA, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02646-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Heritage and is awarded fees in the amount of $10,850.50 against Saticoy Bay LLC Series 741 Heritage Vista.

8/4/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk