## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No.: 2:17-cv-02646-APG-NJK |
| Plaintiff | **Order Dismissing Remaining Claims With Prejudice** |
| v. | |
| SATICOY BAY LLC SERIES 741 HERITAGE VISTA, et al, | |
| Defendants | |

The only remaining claims in this case are Saticoy Bay LLC Series 741 Heritage Vista's claims against Nevada Association Services, Inc. I advised Saticoy that if it did not dismiss its claims against Nevada Association Services, Inc. by September 2, 2020, I would dismiss the claims with prejudice. Saticoy did not file dismissal papers, so I dismiss the claims with prejudice.

I THEREFORE ORDER that Saticoy Bay LLC Series 741 Heritage Vista's claims against Nevada Association Services, Inc. are DISMISSED with prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 24th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE